UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| SONYA CARR | * | CIVIL ACTION NO. 2:17-CV-1473 |
|---|---|---|
| | * | |
| VERSUS | * | UNASSIGNED DISTRICT JUDGE |
| | * | |
| WAL-MART LOUISIANA LLC | * | MAG. JUDGE KATHLEEN KAY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 20] of the Magistrate Judge previously filed herein, determining that the findings are correct under applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the defendant's Motion to Dismiss [Doc. No. 5] is **GRANTED**, and the plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** with leave to file an amended complaint within twenty-one (21) days.

Monroe, Louisiana, this 5th day of April, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE